# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ESSWEIN,

    Plaintiff,

v.

STARBUCKS CORPORATION,

    Defendant.

Case No. 15-cv-01422-JSW

**ORDER REQUIRING JOINT STATUS REPORT**

Re: Docket No. 27

On October 9, 2015, the parties filed a notice of settlement, and stated that they anticipated the matter would be dismissed within thirty days. The Court HEREBY ORDERS the parties to file a joint status report regarding the status of the settlement and when they anticipate filing a dismissal.

The parties' joint status report shall be due by no later than December 11, 2015.

**IT IS SO ORDERED.**

Dated: November 24, 2015

JEFFREY S. WHITE
United States District Judge