DANIELLE OCHS, State Bar No. 178677
dot@ogletreedeakins.com
ANDREA L. FELLION, State Bar No. 262278
andrea.fellion@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant
STARBUCKS CORPORATION
dba STARBUCKS COFFEE COMPANY

MICHAEL R. BRACAMONTES, State Bar No. 242655
RYAN J. VLASAK, State Bar No. 241581
MICHAEL A. SCHREIBER, State Bar No. 271611
BRACAMONTES & VLASAK, P.C.
220 Montgomery Street, Suite 870
San Francisco, CA  94104

Attorneys for Plaintiff
MICHAEL ESSWEIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ESSWEIN,<br><br>              Plaintiff,<br><br>      v.<br><br>STARBUCKS CORPORATION, and DOES 1 to 20, inclusive<br><br>              Defendant. | Case No. 15-cv-01422-JSW<br><br>**JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Complaint Filed:  February 20, 2015<br>Trial Date:          September 7, 2016 |

1  Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Michael
2  Esswein ("Plaintiff") and Defendant Starbucks Corporation dba Starbucks Coffee Company
3  ("Defendant") hereby agree and stipulate, by and through counsel, that all of Plaintiff's claims
4  against Defendant in this action shall be dismissed with prejudice, with each party to bear their
5  own attorneys' fees and costs.

6  DATED:  November 25, 2015          OGLETREE, DEAKINS, NASH, SMOAK &
                                      STEWART, P.C.
7

8                                     By:  /s/ *Andrea L. Fellion*
                                           DANIELLE OCHS
9                                          ANDREA L. FELLION

10                                         Attorneys for Defendant
                                           STARBUCKS CORPORATION
11                                         dba STARBUCKS COFFEE COMPANY

12 DATED:  November 25, 2015          BRACAMONTES & VLASAK, P.C.

13
                                      By:  /s/ *Michael R. Bracamontes*
14                                         MICHAEL R. BRACAMONTES
                                           RYAN J. VLASAK
15                                         MICHAEL A. SCHREIBER

16                                         Attorneys for Plaintiff
                                           MICHAEL ESSWEIN
17

18  I attest that concurrence in the filing of this document has been obtained from the other
19 signatories.

20 DATED:  November 25, 2015          OGLETREE, DEAKINS, NASH, SMOAK &
                                      STEWART, P.C.
21

22                                    By:  /s/ *Andrea L. Fellion*
                                           DANIELLE OCHS
23                                         ANDREA L. FELLION

24                                         Attorneys for Defendant
                                           STARBUCKS CORPORATION
25                                         dba STARBUCKS COFFEE COMPANY

26

27

28

Case No. 15-cv-01422-JSW
JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  DATED: November 30, 2015                    _____
                                                U.S. District Judge Jeffrey S. White
4

5                                                                    23090257.1

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                         Case No. 15-cv-01422-JSW
         JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER